## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHERN DIVISION AT KNOXVILLE

IN RE:

    **RICHARD PARKER WILKINSON,**    Case No. 3:16-BK-31282-SHB
                                                                            Chapter 13

    Debtor.

**MICHAEL H. FITZPATRICK, TRUSTEE,**

    Plaintiff,

vs.                                      Adversary Proceeding No. 3:16-ap-3037-SHB

**RICHARD PARKER WILKINSON,**

    Defendant.

## NOTICE OF DISMISSAL

**COMES NOW** the Plaintiff to the above captioned action, by counsel designated below, and hereby stipulates to dismiss the adversary proceeding captioned above as to Richard Parker Wilkinson pursuant to US Bankr. R. 7041 and Fed. R. of Civ. P. 41(a)(1)(A)(ii) without prejudice to the refiling of the same, as the Defendant has converted his case from a Chapter 7 to a Chapter 13.

    Respectfully submitted,

    MICHAEL H. FITZPATRICK, TRUSTEE

    */s/ Ryan E. Jarrard*
    BPR No. 024525
    **QUIST, FITZPATRICK & JARRARD, PLLC**
    2121 First Tennessee Plaza
    800 South Gay Street
    Knoxville, TN 37929-2121
    (865) 524-1873 ext. 232
    rej@qcflaw.com

RICHARD PARKER WILKINSON, DEBTOR

*/s/ William E. Maddox, Jr.*
BPR No. 017462
**WILLIAM E. MADDOX, JR., LLC**
P.O. Box 31287
Knoxville, TN 37930
(865) 293-4969
wem@billmaddoxlaw.com